

# In The
# Court of Appeals
# Seventh District of Texas at Amarillo

_____

No. 07-23-00152-CV

_____

JICELA S. GONZALEZ AND LUIS F. GONZALEZ, APPELLANTS

V.

ZENON SOTELO, PATRICIA AGUILAR, AND RAY GONZALEZ, APPELLEES

On Appeal from the 425th Judicial District Court
Williamson County, Texas[1]
Trial Court No. 18-0679-C425, Honorable Betsy F. Lambeth, Presiding

August 1, 2023

## MEMORANDUM OPINION

Before PARKER and DOSS and YARBROUGH, JJ.

Appellants, Jicela S. and Luis F. Gonzalez, appeal from the trial court's judgment. Now pending before this Court is the parties' "Agreed Motion of Voluntary Dismissial (sic) and Settlement." The Court finds that the motion complies with the requirements of Rule of Appellate Procedure 42.1(a)(1) & (2) and that granting the motion will not prevent any

---

[1] Originally appealed to the Third Court of Appeals, this appeal was transferred to this Court by the Texas Supreme Court pursuant to its docket equalization efforts. *See* TEX. GOV'T CODE ANN. § 73.001.

party from seeking relief to which it would otherwise be entitled. As no decision of the Court has been delivered to date, we grant the motion. The appeal is dismissed. The motion reflects that the parties have agreed to have all costs be assessed against the party incurring them. *See* TEX. R. APP. P. 42.1(d). No motion for rehearing will be entertained and our mandate will issue forthwith.

Per Curiam